# United States Court of Appeals

## For the Eighth Circuit

_____

## No. 15-2629

_____

PAULA FESENMEYER

*PLAINTIFF-APPELLANT*

v.

LAND BANK OF KC; KEVIN BERGMAN; THEODORE G.

RICHARDSON, IN HIS OFFICIAL CAPACITY AS A LICENSED

ATTORNEY; WILLIAM D. GEARY, IN HIS OFFICIAL CAPACITY

AS A LICENSED ATTORNEY; CHAD STEWART, IN HIS

OFFICIAL CAPACITY AS A LICENSED ATTORNEY; TED

ANDERSON, IN HIS OFFICIAL CAPACITY AS A LICENSED ATTORNEY

*DEFENDANTS-APPELLEES*

_____

APPEAL FROM UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MISSOURI - KANSAS CITY

_____

SUBMITTED: April 4, 2016
FILED: April 8, 2016
[Unpublished]
_____

BEFORE LOKEN, BYE, AND KELLY, CIRCUIT JUDGES.

_____

PER CURIAM.

PAULA FESENMEYER APPEALS AFTER THE DISTRICT COURT[1] DISMISSED HER PRO SE ACTION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA), AS BARRED BY RES JUDICATA. IN HER BRIEF ON APPEAL, SHE CHALLENGES ONLY THE DISTRICT COURT'S DENIAL OF CERTAIN ACCOMMODATIONS.

UPON CAREFUL REVIEW, WE CONCLUDE THAT THE DISTRICT COURT APPROPRIATELY HANDLED FESENMEYER'S

_____

[1]THE HONORABLE STEPHEN R. BOUGH, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF MISSOURI.

VARIOUS REQUESTS FOR ACCOMMODATIONS. <u>SEE</u> 42 U.S.C. § 12131(1) (UNDER ADA, OMITTING FEDERAL GOVERNMENT FROM DEFINITION OF PUBLIC ENTITY); <u>CF.</u> <u>TENNESSEE V. LANE</u>, 541 U.S. 509, 522-23, 530-33 (2004) (DISCUSSING REASONABLE-ACCOMMODATION REQUIREMENTS UNDER ADA AND FOURTEENTH AMENDMENT).  ACCORDINGLY, WE AFFIRM.  <u>SEE</u> 8TH CIR. R. 47B.  ALL PENDING MOTIONS ARE DENIED.

_____